UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID PRIDE**, | : |
|     *Plaintiff* | : Case No. 19-cv-0680-JMY |
| v. | : |
| **WAL-MART STORES EAST, LP, ET AL.**, | : |
|     *Defendants* | : |

### ORDER

**AND NOW**, this 7th day of November, 2019, upon consideration of Defendant Sedgwick's Motion to Dismiss (ECF No. 13), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED.**

The Court **DISMISSES WITH PREJUDICE** Plaintiff's claim against Defendant Sedgwick for tortious interference with contractual relations (Count 9). The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Sedgwick for violation of the PHRA (Counts 4-6) and FMLA (Counts 7-8).

Plaintiff may file a second amended complaint, if desired, on or before **November 21, 2019**.

**IT IS SO ORDERED.**

                                                           **BY THE COURT:**

                                                           /s/ Judge John Milton Younge

                                                           **Judge John Milton Younge**